Dismissed and
Memorandum Opinion filed October 28, 2010.

 

 

                        

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00568-CV

____________

 

BARBARA YOUNG SETTLE, Appellant

 

V.

 

BAYOU ON THE BEND HOLDINGS, LED A TEXAS LIMITED
PARTNERSHIP, Appellee

 



 

On Appeal from Probate Court No. 2

Harris County, Texas

Trial Court Cause No. 301,383

 

 

 



M E M O R
A N D U M  O P I N I O N

            This is an appeal from a judgment signed May 10, 2010.  The
clerk’s record was filed on July 9, 2010.  No reporter’s record or brief was
filed.

            On August 12, 2010, this court issued an order stating that
unless appellant submitted her brief, together with a motion reasonably
explaining why the brief was late, on or before September 13, 2010, the court
would dismiss the appeal for want of prosecution.  See Tex. R. App. P. 42.3(b).  Appellant filed a motion
to extend time to file her brief, which this court granted, giving appellant
until October 7, 2010, to file a brief.

            As
of this date, appellant has filed no brief.  Accordingly, the appeal is ordered
dismissed.

 

                                                                        PER
CURIAM

 

Panel consists of Justices
Anderson, Frost, and Brown.